[No. 19233-4-III. Division Three. February 15, 2001.]

Roy Brandt, *Appellant*, v. The Department of Labor & Industries, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 99-2-00105-8, E. Thompson Reynolds, J., entered March 21, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19318-7-III. Division Three. February 15, 2001.]

The State of Washington, *Respondent*, v. Clarence Raymond Hayworth, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-1-00021-3, Larry M. Kristianson, J., entered April 28, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19242-3-III. Division Three. February 15, 2001.]

Raymond D. Birdsall, *Appellant*, v. Jerry D. Abrams, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-00217-1, Philip M. Raekes, J., entered March 31, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kato, JJ. Now published at 105 Wn. App. 24.

[No. 19267-9-III. Division Three. February 15, 2001.]

The State of Washington, *Respondent*, v. Jaime Moreno Serrano, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-8-00317-1, Michael E. Schwab, J., entered April 5, 2000. *Affirmed* by unpublished per curiam opinion.